IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                       CASE NO.: 1:00cr15-SPM

ROBERT C. ELLENBURG,

    Defendant.
_____/

**ORDER DENYING MOTION FOR EARLY**
**TERMINATION OF SUPERVISED RELEASE**

This cause comes before the Court on Defendant's Motion for Early Termination of Supervised Release (doc. 1211).

After a period of one year, supervised release may be terminated if "warranted by the conduct of the defendant released and in the interest of justice." 18 U.S.C. § 3583(e). The statute directs the Court to make an evaluation based on factors listed in 18 U.S.C. § 3553(a), which include "the need to provide restitution to any victims of the offense." 18 U.S.C. § 3553(a)(7).

In this case, substantial restitution is still owing to the victims of the offense. Accordingly, the Court finds that early termination of supervised release

is not warranted.  Based on the foregoing, it is

ORDERED AND ADJUDGED that Defendant's Motion for Early Termination of Supervised Release (doc. 1211) be, and hereby is, denied.

DONE AND ORDERED this 10th day of April, 2007.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge